Darrell J. York, Esq. (SBN 145601)
Sarah L. Garvey, Esq. (SBN 202491)
Law Offices of York & Garvey
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Telephone: (866) 908-2121
Email: djylaw@gmail.com
Email: sarahgarvey@yahoo.com

Attorneys for Plaintiff
JAMES PHILLIPS

CAROLINE L. FOWLER, City Attorney (SBN 110313)
JOHN J. FRITSCH, Assistant City Attorney (SBN 172182)
City of Santa Rosa
100 Santa Rosa Avenue, Room 8
Santa Rosa, California 95404
Telephone:  (707) 543-3040
Facsimile:   (707) 543-3055

Attorneys for Defendants
CITY OF SANTA ROSA and MICHAEL CLARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PHILLIPS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA ROSA; MICHAEL CLARK; AND DOES 1 THROUGH 10 (in their official and/or individual capacities),<br><br>　　　　Defendants.<br>_____ | CASE NO.: 3:13-CV-05844 **CRB**<br><br>**JOINT CASE MANAGEMENT STATEMENT AND ORDER**<br><br>Date: July 11, 2014<br>Time: 8:30 a.m.<br>Location: Courtroom 6,<br>17th Floor<br>450 Golden Gate Ave., S.F.<br>Judicial Officer: Hon.<br>Charles R. Breyer |

　　The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California dated July 1, 2011 and Civil Local Rule 16-9.

1  The Joint Case Management Conference Statements on file with the court are
2  hereby incorporated as though fully set forth.

## STATUS AND PLAN

Defense and plaintiff's counsel are collaborating to evaluate the nature and extent of plaintiff's injury; whether future treatment is appropriate; and the nature and extent of any disability. The goal is to set the stage for settlement negotiations before incurring the expense of full blown litigation. To that end:

1. Plaintiff's counsel disclosed the identification of plaintiff's past and present health care providers;
2. Defense counsel subpoenaed, and has now obtained, plaintiff's medical records. Prior to defense counsel's review, Plaintiff's counsel is to review the records for objectionable material, and redact any privileged material or documents.
3. Defense counsel will then review the medical records. Depending upon the results of that review, a medical exam and/or review may be indicated.
4. Both lawyers expect the above work to be completed in the 60-90 day time frame, and by the end of September.
5. Based on the above schedule, the parties and counsel request that the court set this matter for a magistrate settlement conference before Magistrate Donna Ryu.

In light of the Status and Plan, and to avoid unnecessary expense, Counsel respectfully request that the court continue the present July 11, 2012 Status Conference to a date after a settlement conference with Magistrate Ryu.

Dated: July 2, 2014          /s/ Darrell J. York
                             Counsel for Plaintiff

Dated: July 2, 2014          /s/ John J. Fritsch
                             Counsel for Defendant

CASE MANAGEMENT ORDER

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. The case management conference is continued to November 7, 2014 at 8:30 a.m., the case management statement due October 31, 2014.

**IT IS SO ORDERED**.

Dated: July 3, 2014

_____
HON. CHARLES R. BREYER,
UNITED STATES DISTRICT JUDGE